[No. 53087-9-I.   Division One.   September 20, 2004.]

MELANIE SMITH, *Appellant*, v. PMT, INC., ET AL., *Defendants*, THE UNIVERSITY OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-16463-5, Terence Lukens, J., entered September 17, 2003. *Affirmed* by unpublished opinion per Baker, J., concurred in by Cox, C.J., and Coleman, J.

[No. 53746-6-I.   Division One.   September 20, 2004.]

*In the Matter of the Marriage of* MARGARET A. HESS, *Appellant*, and LEONARD J. HESS, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 02-3-04925-1, Mary Yu, J., entered November 14, 2003 and January 5, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 30038-9-II.   Division Two.   September 21, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MACEO ALLEN WILES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-02309-0, Frank Cuthbertson, J., entered March 3, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Van Deren, JJ.